UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Luthera Ann Smith,

        Plaintiff,

vs.                                       ORDER ADOPTING
                                         REPORT AND RECOMMENDATION

City of Ely, et al.,

        Defendants.                 Civ. No. 15-3892 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    This action is **SUMMARILY DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii).

    2.    Plaintiff Luthera Ann Smith's Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 2], is **DENIED**, as moot.

    3.    Plaintiff Luthera Ann Smith's Emergency Plea, [Docket No. 5], is **DENIED** as moot.

    4.    Judgment is entered accordingly.

DATED: November 16, 2015                       s/Michael J. Davis
At Minneapolis, Minnesota                   Michael J. Davis
                                                    United States District Court